IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00331-LTB

D. BROWN,

    Plaintiff,

v.

R. THOMAS MOORHEAD, Honorable, and
EAGLE COUNTY DISTRICT COURT,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 10, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of March, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ T.Lee
                            Deputy Clerk